UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

AVERY ANN GRAY, in her individual )
capacity and as mother and next of kin of )
minor K.C.S., )
 )
    *Plaintiffs*, ) Case No. 1:19-cv-217
 )
v. ) Judge Atchley
 )
 ) Magistrate Judge Steger
CITY OF CHATTANOOGA, )
OFFICER JOSHUA WRIGHT, )
M & R MOTORS, SHARON GREGG, and )
WALTER CLAYTON, )
 )
    *Defendants*.

## VERDICT FORM

*We, the jury, unanimously answer the questions submitted by the Court as follows:*

### Fourteenth Amendment

1. Have Plaintiffs shown by a preponderance of the evidence that Defendant Officer Wright, acting under color of law, deprived Plaintiffs of their property interest without due process of the law?

    Yes _____  No  ✓_____

*If you answered "Yes" to Question 1, then <u>you must complete the Interrogatories to the Jury</u>. After completing the Interrogatories, continue to Question 2.*

*If you answered "No" to Question 1, continue to Question 2.*

2. Have Plaintiffs shown by a preponderance of the evidence that Defendant Walter Clayton, acting under color of law, deprived Plaintiffs of their property interest without due process of the law?

    Yes _____  No  ✓_____

38

*If you answered "Yes" to Question 2, then continue to Question 3. If you answered "No" to Question 2, then continue to Question 4.*

3. If you found that Defendant Walter Clayton deprived Plaintiffs of their property interest without due process of the law, have Plaintiffs shown by a preponderance of the evidence that Defendant Walter Clayton was acting as an agent of Defendants M&R Motors and Sharon Gregg so as to make them vicariously liable?

    Yes _____    No _____

## State Law Conversion

4. Have Plaintiffs shown by a preponderance of the evidence that Defendant Walter Clayton accomplished a conversion of the car?

    Yes _____    No ✓

*If you answered "Yes" to Question 4, then continue to Question 5. If you answered "No" to Question 4, then continue to Question 6.*

5. If you found that Defendant Walter Clayton accomplished a conversion of the car, have Plaintiffs shown by a preponderance of the evidence that Defendant Walter Clayton was acting as an agent of Defendants M&R Motors and Sharon Gregg so as to make them vicariously liable?

    Yes _____    No _____

## State Law False Imprisonment

6. Have Plaintiffs shown by a preponderance of the evidence that Defendant Walter Clayton falsely imprisoned K.C.S.?

    Yes _____    No ✓

*If you answered "Yes" to Question 6, then continue to Question 7. If you answered "No" to Question 6, then continue to the next page.*

7. If you found that Defendant Walter Clayton falsely imprisoned K.C.S., have Plaintiffs shown by a preponderance of the evidence that Defendant Walter Clayton was acting as an agent of Defendants M&R Motors and Sharon Gregg so as to make them vicariously liable?

    Yes _____    No _____

39

*If you answered "No" to Question 1, Question 2, Question 4, **and** Question 6, have your foreperson sign and date the Verdict Form on the last page, and tell Ms. Laster that you have reached a verdict.*

*If you answered "Yes" to Question 4, complete Question 8. If you answered "Yes" to Question 6, complete Question 9. Otherwise, continue to page 4.*

### State Law Civil Conspiracy

8. If you found that Defendant Walter Clayton accomplished a conversion of the car, have Plaintiffs shown by a preponderance of the evidence that Defendants City of Chattanooga, Officer Wright, M&R Motors, Sharon Gregg, or Walter Clayton engaged in a civil conspiracy to commit a conversion?

   | | | |
   |---|---|---|
   | City of Chattanooga | Yes _____ | No _____ |
   | Officer Wright | Yes _____ | No _____ |
   | M&R Motors | Yes _____ | No _____ |
   | Sharon Gregg | Yes _____ | No _____ |
   | Walter Clayton | Yes _____ | No _____ |

9. If you found that Defendant Walter Clayton falsely imprisoned K.C.S., have Plaintiffs shown by a preponderance of the evidence that Defendants City of Chattanooga, Officer Wright, M&R Motors, Sharon Gregg, or Walter Clayton engaged in a civil conspiracy to commit a false imprisonment?

   | | | |
   |---|---|---|
   | City of Chattanooga | Yes _____ | No _____ |
   | Officer Wright | Yes _____ | No _____ |
   | M&R Motors | Yes _____ | No _____ |
   | Sharon Gregg | Yes _____ | No _____ |
   | Walter Clayton | Yes _____ | No _____ |

*If you answered "Yes" to Question 1, Question 2, Question 4, Question 6, Question 8, or Question 9, then proceed to the next section.*

### Compensatory or Nominal Damages

10. Did Plaintiffs sustain any actual harm as a result of the actions of Defendant Officer Wright?

    Yes _____    No _____

11. Did Plaintiffs sustain any actual harm as a result of the actions of Defendant Walter Clayton?

    Yes _____    No _____

12. Did Plaintiffs sustain any actual harm as a result of the actions of Defendant City of Chattanooga?

    Yes _____    No _____

*If you answered "Yes" to Question 10, Question 11, or Question 12, then proceed to Questions 13 and 14.*

*If you answered "No" to Question 10, Question 11, and Question 12, then continue to Question 15.*

13. What is the total amount that will fairly compensate Plaintiffs for the harm they sustained as a result of the actions or inaction of the Defendant or Defendants identified above?

    $ _____

14. Apportion Plaintiffs' compensatory damages among the Defendant or Defendants identified above.

    (14A) What is the amount that will fairly compensate Plaintiffs for the harm they sustained as a result of the actions of Defendant Officer Wright? (Answer "N/A" if you answered "No" for Defendant Officer Wright in Question 10).

    $ _____

41

(14B) What is the amount that will fairly compensate Plaintiffs for the harm they sustained as a result of the actions of Defendant Walter Clayton? (Answer "N/A" if you answered "No" for Defendant Walter Clayton in Question 11).

$ _____

(14C) What is the amount that will fairly compensate Plaintiffs for the harm they sustained as a result of the actions of Defendant City of Chattanooga? (Answer "N/A" if you answered "No" for Defendant City of Chattanooga in Question 12).

$ _____

***If you assigned any compensatory damages in Question 13, do not answer Question 15, but instead, proceed to Question 16.***

15. Because we, the jury, answered "no" to Questions 10, 11, and 12, Plaintiffs are awarded nominal damages in the amount of $ _____ (Answer $1 if you answered "No" to Questions 10, 11, and 12.)

***Once you answer Question 15, proceed to Question 16.***

### Punitive Damages

16. Did Plaintiffs show by clear and convincing evidence that Defendant Officer Wright acted intentionally, recklessly, maliciously, or fraudulently?

    Yes _____    No _____

17. Did Plaintiffs show by clear and convincing evidence that Defendant Walter Clayton acted intentionally, recklessly, maliciously, or fraudulently?

    Yes _____    No _____

42

Please sign and date the Verdict Form and notify Ms. Laster that you have reached a verdict.

███████████████████
Jury Foreperson's Signature

04/28/2022
Date

43